IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY ASHLEY
a/k/a Carlos Chambers                                                                PLAINTIFF

v.                          Case No. 4:18-cv-00498-KGB/JJV

JAMES M. MOODY,
**United States District Judge,**
**Eastern District of Arkansas;** *et al.*                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Ricky Ashley's complaint is dismissed with prejudice.

So adjudged this 27th day of December, 2018.

_____
Kristine G. Baker
United States District Judge